7th Court of Appeals
Clerk Peggy Culp



FILED
JAN 28 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Dear Clerk,

Im writing in regards to obtaining copies of Appeallants Brief as well as courts Reply to Cause No: 07-13-00133-CR

Respectfully Submitted

LARRY CARTER
TPCJ ID # 1843397
Bill Clements Unit
9601 Spur 591
Amarillo Tex - 79107

Larry Carter #1843397
Bill Clements Unit
9601 Spur 591
Amarillo, Tex. 79107

(7th Court of Appeals)
Potter County Courts Bldg.
501 S. Fillmore Rm 2A
Amarillo Texas 79101-9540

